VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

Primary Reg. Dist. No. 5001
Registrar's No. 2023-589

Ohio Department of Health - Vital Statistics

State File No. 2023024513

## CERTIFICATE OF DEATH

### DECEDENT

**1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any)**
SUE M CONNOR

**2. Sex** FEMALE

**3. Date of Death (Month/Day/Year)** MARCH 01, 2023

**4. Social Security Number** 0526

**5a. Age (Years)** 69

**5b. Under 1 Year Months / Days**

**5c. Under 1 day Hours / Minutes**

**6. Date of Birth (Mo/Day/Year)** 1953

**7. Birthplace (City and State or Foreign Country)** YOUNGSTOWN, OHIO

**8a. Residence State** OHIO

**8b. County** COSHOCTON

**8c. City or Town** COSHOCTON

**8d. Street Address and Zip Code** 317 NORTH 3RD STREET 43812

**9. Ever in US Armed Forces?** NO

**10. Marital Status at Time of Death** MARRIED

**11. Surviving Spouse's Name (If wife, give name prior to first marriage)** PATRICK M CONNOR

**12. Decedent's Education (E.G., AA, AS)** ASSOCIATE DEGREE

**13. Decedent of Hispanic Origin** NO

**14. Decedent's Race** WHITE

**15. Father's Name** WILLIAM TURNEY

**16. Mother's Name (prior to first marriage)** KATHERINE

**17a. Informant's Name** PATRICK CONNOR

**17b. Relationship to Decedent** HUSBAND

**17c. Mailing Address (Street and Number, City, State, Zip Code)** 1523 PRICE ROAD YOUNGSTOWN, OHIO 44509

**18a. Place of Death** HOSPITAL - INPATIENT

**18b. Facility Name (If not institution, give street & number)** ST ELIZABETH HEALTH CENTER

**18c. City or Town, State and Zip Code** YOUNGSTOWN, OH 44501

**18d. County of Death** MAHONING

### DISPOSITION

**19. Funeral Service Licensee or Other Agent** BERNARD P BOROWSKI

**20. License Number (of licensee)** 006230

**21. Name and Complete Address of Funeral Facility** BOROWSKI FUNERAL SERVICES 795 PERKINS-JONES RD WARREN, OH 44483

**22. Method and Place of Disposition** CREMATION - OAK MEADOW CREMATION SERVICES, INC., WARREN, OH

**23. Local Registrar** Erin Bishop

**24. Date Filed (Month/Day/Year)** 3/3/25

### CERTIFIER

**26a. Certifier (Check only one)** ☒ Certifying Physician-To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Coroner or Medical Examiner-On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

**26b. Time of Death** 00:23

**26c. Date Pronounced Dead (Month/Day/Year)** 03/01/2023

**26d. Was Case Referred to Medical Examiner or Coroner?** NO

**26e. Certifier Name and Title** MD

**26f. License number** 35.092054

**26g. Date Signed (Month/Day/Year)** 03/17/2023

**27. Name (First, Middle, Last) and Address of Person who Completed Cause of Death**
DANIEL ANTHONY MILLER, 1450 S CANFIELD-NILES RD, AUSTINTOWN, OH 44515

### CAUSE OF DEATH

**28. Part I.** Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval: Onset and Death |
|---|---|---|
| **Immediate Cause** (Final disease or condition resulting in death) | a. Myocardial Infarction | minutes |
| **Sequentially list conditions, if any, leading to immediate cause.** | b. Due to (or as Consequence of) | |
| **Enter Underlying Cause** (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

**29a. Was An Autopsy Performed?** ☐ Yes ☒ No

**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** ☐ YES ☐ NO ☒ Not Applicable

**30. Did Tobacco Use Contribute to Death?** ☐ Yes ☒ Unknown ☐ No ☐ Probably

**31. If Female, Pregnancy Status**
☒ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

**32. Manner of Death**
☒ Natural ☐ Homicide
☐ Accident ☐ Pending Investigation
☐ Suicide ☐ Could not be determined

**33a. Date of Injury (Mo/Day/Year)**

**33b. Time of Injury**

**33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area)**

**33d. Injury at Work?** ☐ Yes ☐ No

**33e. Location of Injury (Street and Number and Rural Route Number, City and State)**

**33f. Describe How Injury Occurred:**

**33g. If Transportation Injury, Specify:** ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other:

HEA 2724 Rev. 08/18

Erin Bishop - Local Registrar

MAR - 3 2023

Erin M. Bishop

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

REV. 7/2015

VERIFY  PRESENCE  OF  ODH  WATERMARK          HOLD  TO  LIGHT  TO  VIEW




G 10692692

